

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RUSSELL H. SCHWARTZ; LINDA D. SCHWARTZ; and PRAIRIE COUNTY Defendants. | Case No. 1:19-cv-00089-SPW **ORDER APPROVING STIPULATION REGARDING PRIORITY BETWEEN THE UNITED STATES OF AMERICA AND PRAIRIE COUNTY** |

Before the Court is the stipulation and request from the United States of America and Prairie County for the Court to establish priority between their respective claims against Russell and Linda Schwartz ("Stipulation"). (Doc. 7.) The Court has considered the Stipulation and is otherwise fully informed. Pursuant to the Stipulation,

**IT IS HEREBY ORDERED:**

1. The Stipulation between the United States and Prairie County (Doc. 7) is approved;

2. If the United States obtains an Order of Foreclosure and Judicial Sale of the real properties at issue in this action, it shall submit to the Court a proposed order of sale consistent with the terms of the Stipulation;

3. The United States and Prairie County shall each bear their own costs.

4. Pursuant to 28 U.S.C. § 636(b)(1)(B), the case shall remain referred to the Honorable Timothy J. Cavan, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. § 636(b)(1)(A).

DATED this 8th day of November 2019

SUSAN P. WATTERS
United States District Judge