IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL H. SCHWARTZ; LINDA D. SCHWARTZ; and PRAIRIE COUNTY,<br><br>Defendants. | CV 19-89-BLG-SPW-TJC<br><br>**ORDER** |

On January 24, 2020, Defendants Russell H. Schwartz and Linda D. Schwartz filed a Notice of Filing of Bankruptcy Petition, indicating they filed for bankruptcy under Chapter 13 of the United States Bankruptcy Code. (Doc. 11.) Accordingly, the Court orders this case STAYED pursuant to 11 U.S.C. § 362.

**IT IS ORDERED**.

DATED this 24th day of January, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge